## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD K. DENSON, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 05-1121 |
| | ) |
| v. | ) Judge Gary L. Lancaster / |
| | ) Magistrate Judge Lisa Pupo Lenihan |
| JO ANNE BARNART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

AND NOW this _7_ day of _____, 2005, it is hereby

ORDERED that the above claim is dismissed with prejudice.

_____
United States ▓▓▓▓▓▓ Judge